(118 So. 73)

No. 28480.

**TYPHOON FAN CO. v. PILSBURY.**

April 25, 1927.

On the Merits, July 2, 1928.

Rehearing Denied July 20, 1928.

Feitel & Feitel and N. H. Polmer, all of New Orleans, for appellant.

Edward A. Parsons, of New Orleans, for appellee.

OVERTON, J. This is an appeal from a judgment dissolving a writ of attachment. The appellee has moved to dismiss the appeal on the same grounds upon which he moved to dismiss the appeal in Typhoon Fan Co. v. A. L. Pilsbury, 118 So. 70,[1] our No. 28481, this day decided, and for the reason there assigned the motion will be denied.

The motion to dismiss the appeal is denied.

For decision on the merits, see Typhoon Fan Co. v. A. L. Pilsbury (No. 28481) 118 So. 70.[1]